UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK

WILLIAM M. McCOOL                                                      1717 Pacific Avenue, Room 3100
CLERK                                                                                      Tacoma, WA 98402


December 15, 2014


Robert Smith
aka Calvin Malone
Special Commitment Center
PO Box 88600
Steilacoom, WA 98388-0600

Michael Johnson
aka George O. Mitchell
Special Commitment Center
PO Box 88600
Steilacoom, WA 98388-0600

      Re:    Smith et al v. Washington State et al

      We have received the correspondence relating to your Civil Rights Complaint. Your case has been assigned Case Number **3:14-cv-05974-RBL-JRC**. **This entire number *must* appear on all future correspondence with the Court.**


cc:  file