HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT SMITH, et al.,

    Plaintiff,

v.

WASHINGTON STATE,

    Defendant.

CASE NO. C14-5974 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR DEFAULT

[Dkt. #s 39 & 45]

THIS MATTER is before the Court on the Plaintiffs' Motion for Default [Dkt. #39] and on the Magistrate Judge Creatura's Report and Recommendation [Dkt. #45]. The Report and Recommendation addresses two Motions to Dismiss [Dkt. #s 8 & 12], and Plaintiff's Motion for Leave to Amend [Dkt. #19].

The Report and Recommendation is **ADOPTED**.

For the reasons articulated in the Report and Recommendation, Defendant Teamsters Local Union No. 117's Motion to Dismiss [Dkt. #8] is **GRANTED**. Defendant Washington Federation of State Employees' Motion to Dismiss [Dkt. #12] is **GRANTED**. Plaintiffs' Motion for Leave to Amend their Complaint [Dkt. #19] is **GRANTED**, and they shall file an Amended

1  Complaint addressing all of the defects outlined in the Report and Recommendation **within 21**
2  **days of this ORDER**.

3       The other pending Motions to Dismiss [Dkt. #s 24, 26, and 28] are **STRICKEN** as moot,
4  pending an Amended Complaint. The Moving Defendants may re-file and re-note the Motions if
5  the Amended Complaint does not cure the defects identified, or if a timely Amended Complaint
6  is not filed.

7       Plaintiffs' Motion for Default [Dkt. #39] is **DENIED**; the Defendants have timely
8  defended.

9       The pending Motion for Appointment of Counsel [Dkt. #31] is **REFFERRED** to
10  Magistrate Judge Creatura.

11       IT IS SO ORDERED.

12       Dated this 6th day of **May, 2015.**

13

14                                                    RONALD B. LEIGHTON
15                                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24