HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT SMITH et al.,

    Plaintiffs,

v.

WASHINGTON STATE et al.,

    Defendants.

CASE NO. C14-5974 RBL-JRC

ORDER

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. #85] on Defendant Denny's Motion to Dismiss Plaintiffs' Amended Complaint [Dkt. #80]. Neither party has objected to the Report.

It is hereby ORDERED:

1. The Report and Recommendation [Dkt. #85] is ADOPTED as follows;
2. The Motion to Dismiss [Dkt. #80] is DENIED conditioned on Plaintiffs amending their complaint to address the deficiencies noted in the Report within 30 days.

//

//

//

ORDER - 1

1 | The Clerk shall direct copies of this Order to all counsel and to Magistrate Judge
2 | Creatura.
3 | IT IS SO ORDERED.
4 | Dated this 17th day of December, 2015.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

- 2