HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT SMITH et al.,

    Plaintiffs,

v.

WASHINGTON STATE et al.,

    Defendants.

CASE NO. C14-5974 RBL-JRC

ORDER

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. #71] on Defendants' Motion to Dismiss [Dkt. #64]. Both parties objected to the Report.

It is hereby ORDERED:

1. The Report and Recommendation [Dkt. #71] is ADOPTED;

2. Defendants' Motion to Dismiss [Dkt. #64] Plaintiffs' claim of unreasonable exposure to Environmental Tobacco Smoke against Defendants Quigley, Clayton, Strong, Dubble, Steinbach, Sziebert, Harris, and McCabe is DENIED.

3. Defendants' Motion to Dismiss [Dkt. #64] Plaintiffs' claim of unreasonable exposure to Environmental Tobacco Smoke against Defendants Ferguson, Gregoire, Coryell,

1       John Doe, and Jane Doe is GRANTED, and Plaintiff's claims against these

2       Defendants are DISMISSED WITH PREJUDICE;

3   4.  Defendants' Motion to Dismiss [Dkt. #64] Plaintiffs' claims of violations of their

4       right to access the courts and right to a grievance process is GRANTED. These

5       claims are DISMISSED WITH PREJUDICE.

6  The Clerk shall direct copes of this Order to all counsel and to Magistrate Judge Creatura.

7  IT IS SO ORDERED.

8  Dated this 17th day of December, 2015.

                                                   */s/ Ronald B. Leighton*

                                                 Ronald B. Leighton
                                                 United States District Judge