UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT SMITH,<br><br>          Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON et al.<br><br>          Defendants. | CASE NO. 3:14-CV-05974-RBL-JRC<br><br>ORDER ON LETTER |

On September 16, 2016, the Clerk received a letter from plaintiffs stating that plaintiffs have mailed letters to non-party Shannon Gil and counsel for defendants in order to arrange depositions. Dkt. 122. Plaintiffs state that they are asking for assistance in making the depositions possible. Dkt. 122.

Plaintiffs' request is denied. If plaintiffs seek relief from this Court, they must do so in the form of a motion setting out the underlying facts and specific relief sought.  The motion must be directly related to the claims set forth in their complaint.  The motion must be filed, served on defense counsel, and noted for hearing in accordance with the Federal Rules of Civil Procedure before the Court will consider the merits of any such request.

1  Accordingly, it is **ORDERED**:

2  (1) Plaintiff's letter request (Dkt. 122) is **DENIED.**

3  (2) The Clerk shall send copies of this Order to Plaintiffs and counsel for Defendants.

4

5  Dated this 30th day of September, 2016.

6

7  J. Richard Creatura
   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON LETTER - 2