UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT SMITH,

        Plaintiff,

v.

STATE OF WASHINGTON et al.,

        Defendants.

CASE NO. 3:14-CV-05974-RBL-JRC

ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Before the Court is attorney Spencer Thal's motion to withdraw as attorney for defendant Teamsters 117. Dkt. 127.

Attorney Spencer Thal moves to withdraw as counsel for defendant Teamsters 117 as Mr. Thal no longer works as general counsel. Dkt. 127.  Pursuant to Local Civil Rule (LCR) 83.2(b)(1), the motion includes a certification that the motion was served on all parties. *Id.* Attorney Dmitri Iglitzin has already appeared on behalf of defendant Teamsters 117.  Dkt. 125; *see also* LCR 83.2(b)(3).

1  Having reviewed counsel's motion to withdraw, Dkt. 127, with no opposition from
2  plaintiffs or defendants, the Court grants attorney Spencer Thal's motion to withdraw as counsel
3  of record (Dkt. 127). The Clerk shall terminate Mr. Thal as counsel of record and shall send a
4  copy of this Order to Mr. Thal, plaintiffs and to all counsel of record.
5  Dated this 7th day of November, 2016.

J. Richard Creatura
United States Magistrate Judge