UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE, GEORGE O. MITCHELL, DARREN PERKINS, and DARRELL KENT,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN W. QUIGLEY, et al.,<br><br>Defendants. | CASE NO. 3:14-cv-05974-RBL-JRC<br><br>ORDER GRANTING EXTENSION |

This matter is before the Court on the parties' stipulation to extend the deadline to file dispositive motions. Dkt. 166. The Court orders:

1. Plaintiffs' request for an extension of the dispositive motions date (Dkt. 166) is GRANTED, based on defendant's agreement to extend the motions deadline (Dkt. 164).
2. The deadline to file dispositive motions is extended to **December 29, 2017**.
3. The Court acknowledges that plaintiffs have already filed a motion for summary judgment (Dkt. 167) noted for November 24, 2017. The Clerk is directed to renote the motion for summary judgment (Dkt. 167) to December 29, 2017. Plaintiffs may

supplement their motion or file an amended motion before the dispositive motion deadline above. Defendants' stipulated motion (Dkt. 164) is denied as moot.

Dated this 14th day of November, 2017.

J. Richard Creatura
United States Magistrate Judge