# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CALVIN MALONE, GEORGE O. MITCHELL, DARREN PERKINS, and DARREL KENT,

    Plaintiffs,

v.

MARK STRONG, et al.,

    Defendants.

CASE NO. 3:14-cv-05974-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Court DENIES plaintiffs' motion for summary judgment (Dkt. 167).

(3)     The Court GRANTS defendants' cross-motion for summary judgment (Dkt. 172).

**DATED** this 16th day of March, 2018.

/s/ Ronald B. Leighton
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1