UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN MALONE, *et al.*,

        Plaintiffs,

   v.

KEVIN W. QUIGLEY, *et al.*,

        Defendants.

CASE NO. 3:14-cv-05974-RBL-JRC

ORDER APPOINTING COUNSEL AND SETTING DEADLINE FOR JOINT STATUS REPORT

    This matter is before the Court on the District Court's Order Denying Objection to Magistrate Judge Ruling. Dkt. 203.

    The Court hereby appoints Paul Meiklejohn and Stefan Szpajda of the law firm Dorsey and Whitney LLP, 701 Fifth Avenue, Suite 6100, Seattle, WA 98104, (206) 903-8800, meiklejohn.paul@dorsey.com and szpajda.stefan@dorsey.com, as counsel for plaintiffs pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Tacoma for the Representation of Pro Se Litigants."

Counsel are directed to file a Notice of Appearance on or before **December 2, 2019**. If counsel are unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should immediately be filed with the assigned judge.

In the event that plaintiffs prevail, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source, however.

The Court further directs that on or before **December 20, 2019**, the parties shall confer and file a joint status report proposing a deadline for plaintiffs' response to defendants' summary judgment motion and for defendants' reply brief in support of their summary judgment motion (Dkt. 191), as well as any other relevant matters. Defendants' pending summary judgment motion (Dkt. 191) remains stayed until the Court has received the joint status report and issued an appropriate scheduling order in this matter.

The Clerk is directed to send a copy of this Order to plaintiffs, to counsel for plaintiffs, and to counsel for defendants.

Dated this 21st day of November, 2019.

J. Richard Creatura
United States Magistrate Judge