|   |   |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE, et al., | CASE NO. C14-5974RBL |
| Plaintiffs, | ORDER ADOPTING R&R |
| v. | |
| KEVIN W. QUIGLEY, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 223]. Judge Creatura recommends that this Court GRANT Defendants' Summary Judgment Motion [Dkt. # 191] in part and DENY it in part. The Court has reviewed the R&R, the record, and Defendants' strenuous objection to the R&R.

    1. The Report and Recommendation is ADOPTED;

    2. Defendants' Motion for Summary Judgment is GRANTED as to plaintiffs' claims for injunctive relief, and as to Plaintiffs' claims against the defendants in their official capacities. Those claims are DISMISSED with prejudice;

    3. Defendants' Motion for Summary Judgment as to plaintiffs' damages claims against them in their individual capacities is DENIED.

4. The Clerk shall send copies of this order to plaintiffs and Judge Creatura

IT IS SO ORDERED.

Dated this 14th day of July, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING R&R - 2